# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **LINDSEY J. TOMPKINS,**     ) | |
|                              ) | |
|     **Plaintiff,**           ) | **Case No.: 1:21-CV-00288** |
|                              ) | |
| **v.**                       ) | |
|                              ) | |
| **ROYAL ADMINISTRATION**     ) | |
|     **SERVICES, INC.**       ) | |
|                              ) | |
|     **Defendant.**           ) | |
|                              ) | |

### STIPULATED MOTION FOR EXTENSION OF TIME
### TO RESPOND TO COMPLAINT and
### RESPONSE TO ORDER TO SHOW CAUSE

The undersigned, counsel for the parties herein, respectfully move this Court to extend the time for filing a response to the Complaint in this matter to December 20, 2021. The parties are pursuing settlement discussions in good faith and believe they may have a settlement by that time.

Regarding the Court's Order to Show Cause dated November 17, 2021 (Doc. 9), the parties submit that in light of the settlement discussions that are underway, allowing the matter to remain active on the court's docket will better serve the interest of judicial economy, and will avoid undue expenditure of the parties' resources which could better be used toward settlement and resolution of this matter.  The parties therefore request that the matter not be dismissed.

DATED this 22nd day of November 2021

*/s/ Curtis R. Hussey*
Curtis R. Hussey, Esq.
(HUSSC7684)
Gulf Coast ADR, LLC
82 Plantation Pointe #288
Fairhope, AL  36532
251.928.1423
gulfcoastadr@gmail.com

**SO STIPULATED:**

*/s/ Earl P. Underwood, Jr.*
*/s/ Steve Gregory*
Counsel for Plaintiff
21 South Section Street
Fairhope, AL  36532
epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served by filing the document with the Court's electronic filing system, which in turn will serve a copy by email to:

Earl P. Underwood, Jr.
Steve Gregory
Counsel for Plaintiff
21 South Section Street
Fairhope, AL  36532
epunderwood@alalaw.com

DATED this 22nd day of November 2021

/s/ *Curtis R. Hussey*