# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LINDSEY J. TOMPKINS,** ) | |
| ) | |
| **Plaintiff,** ) | Case No.: 1:21-CV-00288 KD-N |
| ) | |
| **v.** ) | |
| ) | |
| **ROYAL ADMINISTRATION** ) | |
| **SERVICES, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF SERVICE OF
## DEFENDANTS' INITIAL DISCLOSURES

The undersigned counsel for Defendant, Royal Administration Services, Inc. ("Royal"), hereby gives notice that he served a copy of Defendant's Initial Disclosures by email as of the date indicated below.

DATED this 1st day of April, 2022

> */s/ Curtis R. Hussey*
> Curtis R. Hussey, Esq. (HUSSC7684)
> Gulf Coast ADR, LLC
> 82 Plantation Pointe #288
> Fairhope, AL  36532
> 251.928.1423
> gulfcoastadr@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing to be served by filing the document with the Court's electronic filing system, which in turn will serve a copy by email to:

| | |
|---|---|
| Earl P. Underwood, Jr. | Steven P. Gregory |
| Counsel for Plaintiff | Counsel for Plaintiff |
| 21 South Section Street | 505 20th Street North, Ste 1215 |
| Fairhope, AL 36532 | Birmingham, AL 35203 |
| 251-990-5558 | 205-208-0312 |
| epunderwood@alalaw.com | steve@gregorylawfirm.com |

DATED this 1st day of April 2022

/s/ *Curtis R. Hussey*