IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LINDSEY TOMPKINS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 21-00288-KD-N |
| | ) |
| **ROYAL ADMINISTRATION SERVICES, INC.,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on Plaintiff Lindsey Tompkin's Motion for Leave to file First Amended Complaint (doc. 37). Upon consideration, Defendant Royal Administration Services, Inc., shall file any **response** to the Motion on or before **August 4, 2022.**

DONE and ORDERED this the 26th day of July 2022.

                                                            s/ Kristi K. DuBose
                                                           KRISTI K. DuBOSE
                                                           UNITED STATES DISTRICT JUDGE