# THOMPKINS V. ROYAL

### AUDIO TRANSCRIPTION

### TAKEN VIA TELEPHONE RECORDING

*Lauren S. Dorgan, Certified Court Reporter*
*251.623.2287*

1    (Whereupon, the following proceeding was held:)

2

3

4           LISA - DEALER SERVICES:  Lisa in dealer

5                services for your GMC.  I wanted to

6                give you a call.

7           THOMPKINS:  I'm sorry, who are you?

8           LISA - DEALER SERVICES:  Lisa in dealer

9                services for your GMC.  Are you still

10               the owner?

11          THOMPKINS:  Yes.

12          LISA - DEALER SERVICES:  I do need to

13               confirm your current mileage, ma'am.

14               How many miles do you have on this GMC?

15          THOMPKINS:  16,000.

16          LISA - DEALER SERVICES:  16,000, okay,

17               perfect.  So the file is still open,

18               ma'am, so what I'll do is get my GMC

19               agent on the line, they're waiting to

20               go over some options with you, ma'am.

21               Would you please hold the line for me?

22          THOMPKINS:  Sure.

23          ROYAL REPRESENTATIVE:  Hello, my name is

1              Marcel, I'm an agent assigned to your
2              GMC Sierra, how are you doing?
3       THOMPKINS:  Good.
4       ROYAL REPRESENTATIVE:  Hello, Ms. Thompkins,
5              you have a big truck.
6       THOMPKINS:  Yes.
7       ROYAL REPRESENTATIVE:  That's because you
8              live in Alabama, all right.  So that
9              original factory warranty ran out, it
10             actually ran out at the end of 2018.  I
11             was just calling to see if you wanted
12             to get it back under warranty with GMC?
13      THOMPKINS:  Yes.
14      ROYAL REPRESENTATIVE:  Did you say yes or
15             no?
16      THOMPKINS:  Yes.
17      ROYAL REPRESENTATIVE:  Do you want to go
18             over the options?
19      THOMPKINS:  Yes.
20      ROYAL REPRESENTATIVE:  Okay.  So
21             approximately 16,000 miles?
22      THOMPKINS:  Mm-hmm.
23      ROYAL REPRESENTATIVE:  And have you had any

```
 1                    problems with it in the past 30 days?
 2          THOMPKINS:  No.
 3          ROYAL REPRESENTATIVE:  All right.  And
 4                    you're still at 5492 Maple?
 5          THOMPKINS:  Yes.  Actually, no.
 6          ROYAL REPRESENTATIVE:  All right, so if we
 7                    renew at the end then we'll update your
 8                    address.  If it gets to the end and you
 9                    don't want the warranty there's no need
10                    to update it, fair enough?
11          THOMPKINS:  Yes.
12          ROYAL REPRESENTATIVE:  All right, hold on,
13                    I'm gonna pull up the new warranty.
14                    All right, bear with me.
15          THOMPKINS:  This is through GM?
16          ROYAL REPRESENTATIVE:  It's through GMC,
17                    yes, ma'am.  Sorry, my computer is so
18                    slow today.
19          THOMPKINS:  That's okay.
20          ROYAL REPRESENTATIVE:  All day.  So for a
21                    new policy on this truck it would be 3
22                    years, so 36 months.  So you've been
23                    bringing it to McConnell, yes?
```

1        THOMPKINS:  Yes.
2        ROYAL REPRESENTATIVE:  All right, good.  If
3             you keep on bringing it there
4             forevermore that would be like best.
5             It's nationwide, so like you can bring
6             it to any GMC in the United States or
7             in Canada for that matter, but all your
8             service records are through them so I
9             highly suggest that you keep on
10            bringing it to them, make sense?
11       THOMPKINS:  Yes.
12       ROYAL REPRESENTATIVE:  Okay.  So it would be
13            3 years, 36 months, so that would get
14            your truck back under warranty until
15            March 6, 2023, and it's complete bumper
16            to bumper.  So because your service
17            records are so good it would cover
18            every single inch of that truck for
19            75,000 miles, which is overkill, so
20            basically it would be a 3 year
21            unlimited miles for you because you
22            don't drive it that much.
23       THOMPKINS:  Right.

```
 1              ROYAL REPRESENTATIVE:  And it covers
 2                  everything on that whole entire truck
 3                  except for like the normal wear and
 4                  tear like cosmetic stuff.  So if
 5                  someone like keyed your truck we don't
 6                  cover the paint.  If an 18 wheeler like
 7                  chucks a rock at your windshield we
 8                  don't cover the glass.  And we don't
 9                  cover the upholstery, so if like you
10                  get a rip from a dog's foot or like a
11                  burn on your seats, don't cover it.
12                  But everything mechanical and
13                  electrical.
14              THOMPKINS:  And the tires, would it cover?
15              ROYAL REPRESENTATIVE:  Yes, so I'm gonna get
16                  to maintenance.  So when it comes to
17                  maintenancewise, like the rim, if you
18                  dented one of your rims we would
19                  replace that at GMC, but the actual
20                  like rubber tires is considered
21                  maintenance so it's on you.
22                      So oil change on you, your battery
23                  on you, and what is the other thing I'm
```

1         missing, and brake pads.  So it covers
2         the entire braking system except for
3         the brake pads.
4                So the maintenance of the truck,
5         it still falls on you.  So battery,
6         brake pads, tires, and like windshield
7         wiper blades, if that makes sense.
8    THOMPKINS:  Yeah, it does.
9    ROYAL REPRESENTATIVE:  So everything
10        mechanical and electrical wise on the
11        truck will be covered.  So like your
12        engine and your transmission, your
13        alternator, your drive axles, the
14        complete fuel system.  So steering,
15        front and rear suspension and braking,
16        air conditioning and heating, every
17        seal, every gasket, and most
18        importantly, the entire electrical
19        system.
20   THOMPKINS:  So I can like take it to the GMC
21        dealer for service and they would
22        recognize your service?
23   ROYAL REPRESENTATIVE:  Yes, ma'am, yeah, 100

```
 1                percent.  So there's a 30 day
 2                validation period regardless, so if you
 3                decide to renew today you have to wait
 4                30 days.  So like if you made the
 5                initial downpayment today we mail the
 6                new policy, the new contract, and the
 7                new claims cards to you, but it doesn't
 8                go in effect until March 8th, so that
 9                gives you 30 days to like show the
10                service contract and policy to your
11                husband or to your dad.
12          THOMPKINS:  Well, how much is the
13                downpayment or how much about would it
14                be for the downpayment?
15          ROYAL REPRESENTATIVE:  All right, I'll get
16                to that right now.  So I'm trying to
17                lower it.  So to reinstate the warranty
18                it's three ninety-five, and then it's
19                15 months at one ninety-three and then
20                21 months of zero.  So in total it's
21                like thirty-two hundred bucks
22                throughout the whole three years.
23                      So three ninety-five down and then
```

1              one ninety-three for 15 months that
2              pays off the whole warranty, and then
3              21 months of zero.
4         THOMPKINS:  Can you pay it off early to
5              avoid interest?
6         ROYAL REPRESENTATIVE:  I can't believe I
7              didn't say it.  So there's no taxes, no
8              fees, and no interest on the whole
9              entire policy.  So like once you pay
10             off the one ninety-three a month for 15
11             months the 21 months is tax free
12             interest fee free, so the price won't
13             rise.
14        THOMPKINS:  So you can pay it off early?
15        ROYAL REPRESENTATIVE:  Yes, ma'am, so you
16             can end it any time.  So same thing,
17             like you don't get your money back, but
18             like say five months in you don't want
19             the warranty anymore so you like
20             decided to sell the truck or whatever
21             more, you call and cancel and the
22             payments stop, so you're not on the
23             hook for the whole thing, and you can

```
 1              pay the whole thing off all at once any
 2              time you want.
 3         THOMPKINS:  Okay.
 4         ROYAL REPRESENTATIVE:  So it also gives you
 5              breakdown protection too, not that you
 6              probably don't have AAA, I'm sure you
 7              do, but if anything ever happens to you
 8              while you're out you call the 800
 9              number, we tow you to GMC, and if it's
10              over three hours worth of work at GMC
11              you get a free rental car, so you're
12              always covered just in case.
13         THOMPKINS:  Okay.  Do you have anything you
14              could send me to my e-mail that I could
15              look over before --
16         ROYAL REPRESENTATIVE:  100 percent.  Hold
17              on, so can I say one thing about this
18              e-mail thing?
19         THOMPKINS:  Yeah.
20         ROYAL REPRESENTATIVE:  First, I'm not
21              supposed to do it, but I will.  With
22              that being said, you have to call back
23              within like five days or they probably
```

```
 1                  will -- I don't know, they'll either
 2                  not offer you the same deal.
 3                        So the problem is when we do
 4                  things like e-mail people the contracts
 5                  early without paying then they wait
 6                  like two months and then say something
 7                  happens to your truck and then you call
 8                  and want to put the warranty on it.
 9             THOMPKINS:  I could probably just look at it
10                  while you're on the phone.  I mean if
11                  you can send it then I'll look over it
12                  while you're on the phone, I mean I
13                  could --
14             ROYAL REPRESENTATIVE:  Put it this way, I
15                  have no problem giving you my number or
16                  waiting on the phone, but I can give
17                  you my desk number and that way you
18                  have like the day, I don't know if you
19                  want to forward the e-mail to somebody.
20                        So my wife like doesn't know
21                  anything about vehicles, so like I know
22                  she would need to e-mail it to me and
23                  she would want to e-mail it to her dad,
```

```
 1              so I don't want to rush you, there's no
 2              rush.  I just want you to know I just
 3              wouldn't let too much time go by
 4              without making a decision.
 5      THOMPKINS:  That's understandable, I mean
 6              I'm gonna definitely go over it
 7              quickly.  My e-mail is LMTTBT.
 8      ROYAL REPRESENTATIVE:  LMPPBT?
 9      THOMPKINS:  T as in Tom, T as in Tom, B as
10              in boy, T as in Tom.
11              LMTTBT@hotmail.com.
12      ROYAL REPRESENTATIVE:  You've got the old
13              school hotmail?
14      THOMPKINS:  Yeah.
15      ROYAL REPRESENTATIVE:  All right.  I don't
16              mean to laugh at you.  I've got you.
17      THOMPKINS:  What was your desk number just
18              so I can call you back and make sure
19              you get credit for the sale?
20      ROYAL REPRESENTATIVE:  I appreciate you.  So
21              it's 1-800.
22      THOMPKINS:  Okay.
23      ROYAL REPRESENTATIVE:  794-9140.
```

```
1            THOMPKINS:  Do you have an extension?
2            ROYAL REPRESENTATIVE:  No, no, so I have an
3                 I.D.
4            THOMPKINS:  Okay, what is that?
5            ROYAL REPRESENTATIVE:  Wow, where is it,
6                 hold on.  I didn't want to give you the
7                 wrong one, so it's 10641.
8            THOMPKINS:  What was your name, I'm sorry?
9            ROYAL REPRESENTATIVE:  It's Marcel,
10                M-a-r-c-e-l.
11           THOMPKINS:  Okay, so it's a good company,
12                it's a good thorough company?
13           ROYAL REPRESENTATIVE:  Yes, ma'am.  I'm more
14                than happy to -- I would call McConnell
15                and that would probably give you a
16                little bit more ease, and from there
17                like I said, I'm gonna send you all the
18                information through e-mail so you'll
19                have all the information, call
20                McConnell, confirm everything.
21           THOMPKINS:  What do I say to McConnell as
22                far as reference?
23           ROYAL REPRESENTATIVE:  As far as reference?
```

1              Oh, oh, from the actual warranty?

2        THOMPKINS:  Yes.

3        ROYAL REPRESENTATIVE:  Everything will be in

4              the e-mail, you'll get everything in

5              the e-mail.

6        THOMPKINS:  Okay.

7        ROYAL REPRESENTATIVE:  You'll be fine.  If

8              you want to send them the e-mail that's

9              fine, but I mean we take care of all

10             their extended warranties.

11       THOMPKINS:  Awesome.

12       ROYAL REPRESENTATIVE:  We're not located

13             that far from you guys.

14       THOMPKINS:  What's the name of the warranty,

15             are there different ones or what is the

16             name of it?

17       ROYAL REPRESENTATIVE:  Like the actual

18             warranty itself or what is the name of

19             like the actual contract that's

20             supplying the warranty?

21       THOMPKINS:  Yeah, the actual contract,

22             sorry.

23       ROYAL REPRESENTATIVE:  So you want to know

```
 1                what's the name of the warranty that
 2                you're getting?
 3      THOMPKINS:  Right.
 4      ROYAL REPRESENTATIVE:  All right, I've got
 5                you.  I think it's the ultimate.  So
 6                it's the Royal Protect Ultimate, and
 7                it's 36 months 75,000 miles.
 8      THOMPKINS:  Royal Protect Ultimate by?
 9      ROYAL REPRESENTATIVE:  It's by Express, it's
10                by Express Renewal Services.
11      THOMPKINS:  Sorry.
12      ROYAL REPRESENTATIVE:  No, no, I would be
13                extremely thorough too.
14      THOMPKINS:  All right.
15      ROYAL REPRESENTATIVE:  You're doing good,
16                you have no idea how many people just
17                are like yep, want it, credit card.
18      THOMPKINS:  Oh, yeah, it's a good
19                opportunity considering, but I'm gonna
20                look over it and then give you a call
21                back.
22      ROYAL REPRESENTATIVE:  Yes, ma'am, you take
23                your time.  Call me any time until like
```

```
 1                    7:00 p.m. tonight.
 2           THOMPKINS:  Thank you, Marcel.
 3           ROYAL REPRESENTATIVE:  Yes, ma'am, bye.
 4           THOMPKINS:  Bye-bye.
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

```
1    STATE OF ALABAMA  )

2    COUNTY OF BALDWIN )

3

4                  C E R T I F I C A T E

5        I, Lauren S. Dorgan, Court Reporter and

6    Notary in the State at Large, do hereby certify

7    that the above and foregoing transcript of the

8    Proceedings in the matter aforementioned was taken

9    down by me in machine shorthand to the best of

10   my ability, and the questions and answers thereto

11   were reduced to typewriting under my personal

12   supervision, and that the foregoing represents a

13   true and correct transcript of the Proceedings given

14   by said witness upon said hearings.

15       I further certify that I am neither of counsel

16   nor of relation to the parties to the action, nor

17   am I in anywise interested in the result of said

18   cause.

19

20
             LAUREN S. DORGAN
21           Certified Court Reporter, Notary
             Commission expires 01-28-2024
22           CCR# 110

23
```

*Lauren S. Dorgan, Certified Court Reporter*
*251.623.2287*