Exhibit Three

Over 35 Years, Over 2 Million Policies, Over $2.0 Billion in Claims

Dealer Login     Certified Dealer Login

Agent Login     Client Login

Case 1:21-cv-00288-KD-N   Document 40-3   Filed 08/05/22   Page 2 of 5   PageID #: 221




Over 35 Years, Over 2 Million Policies, Over $2.0 Billion in Claims

Dealer Login   Certified Dealer Login
Agent Login    Client Login

       



## Royal Protect

Royal Protect is a fully insured product backed by more than 25 years of dependability. Whether you need repairs to your car as a result of a mechanical breakdown, roadside assistance or have general questions regarding your coverage, We're there with the expertise to resolve any issues quickly. All Royal claims associates are experts in the field and have decades of experience in automotive claims and repair. With our state-of-the-art call center and our national coverage, immediate response to your needs are met.

Plan Benefits Include:
- New Vehicle Protection
- Lease Vehicle Protection
- Pre-Owned Vehicle Protection
- Substitute Transportation
- 24-Hour Roadside Assistance
- 100% Fully Insured
- 25 Years of Dependable
- National Coverage

**Download Brochure**

## Facts every automobile owner should know

- The average person drives 15,000 miles per year, dropping most owners out of factory warranty within 2.5 years.



Over 35 Years, Over 2 Million Policies, Over $2.0 Billion in Claims

Dealer Login    Certified Dealer Login

Agent Login    Client Login

Now you can get extended protection for your new or pre-owned vehicle. Royal Protect Vehicle Protection is the choice for coverage, flexibility, and value with a selection of program levels designed to fit any vehicle or budget

# Royal Protect – Ultimate

Covers all vehicle parts except:

- Anti-theft system
- Any equipment when not installed by the Vehicle Manufacturer
- Battery
- Brake Lining and Brake Pads
- Catalytic Converter
- Coolant Hoses and Drive Belts
- Drums and Rotors Except When Damaged By a Covered Part
- Exhaust System
- Glass and any treatments or chemicals related to any glass
- Lenses
- Light Bulbs
- Television
- Tires/Wheels/Wheel Covers
- Trim
- Upholstery/ Convertible & Vinyl Tops
- Manual Transmission Clutch components
- Moldings/Weather-Strips
- Paint
- Passive or active saftey and restraint systems, and any sensors and/or components related to those systems
- Radio/speaker equipment
- Recreational Vehicle equipment
- Remote Controls, Key Fobs or Keyless components
- Sealed Beams
- Sheet Metal/Bumpers
- Shocks and Struts
- Spark Plugs and Wires
- Suspension Air Bags

Over 35 Years, Over 2 Million Policies, Over $2.0 Billion in Claims

Dealer Login    Certified Dealer Login    Agent Login    Client Login

as part of routine or manufactures recommended maintenance

## Get Weekly Updates

### The Royal Advantage

First Name

Last Name

### Quick Links

**100% Guaranteed.**

About

You can depend on Royal to be strong and stable when other automotive service companies are long gone. Our plans are solidly backed by carriers tha are Rated A+ by A.M. Best.

Enter your email here*

Agents

Dealers

**Sign Up!**

Clients

Contact

**Address**:

Case 1:21-cv-00288-KD-N   Document 40-3   Filed 08/05/22   Page 5 of 5    PageID #: 224



Over 35 Years, Over 2 Million Policies, Over $2.0 Billion in Claims

**Dealer Login**   **Certified Dealer Login**

**Agent Login**   **Client Login**

800.871.0467

  the Vehicle Protection Association.

**Email**:

customercare@royaladmin.com

DISCLAIMER: Royal Administration Services, Inc. is a member of the Vehicle Protection Association. Our office is a service contract administrator and does not employ a sales staff or at any time engage in the direct solicitation of service contract sales. Copyright 2019