Exhibit Four

# ROYAL AWAKENING

Agent Information Session

April 2020

© 2019 Royal Administration Services, Inc. All Rights Reserved.

# Royal Products







© 2019 Royal Administration Services, Inc. All Rights Reserved.

2



## Credit Union Program

- 2 Coverage Levels
- Web Based
- Easy to Use

### PREMIUM

*Components covered under Primary and Preferred PLUS:*

**PREMIUM FRONT AND REAR SUSPENSION**
- Upper and Lower Control Arms
- Control Arm Shafts and Bearing
- Torsion Bars
- Mounts and Bushings
- Upper and Lower Ball Joints
- Strut Bearing Plates
- Radius Arms and Bushings
- Stabilizer Bar
- Stabilizer Link/Bushings
- Spindle and Spindle Support
- Wheel Bearings

**THE FOLLOWING PARTS OF THE VARIABLE DAMPENING SUSPENSION ARE COVERED**
- Compressor
- Control Module
- Dampening Actuator
- Solenoid
- Strut Height Sensor
- Mode Selector Switch

**PREMIUM STEERING**
- Steering Box
- Power Steering Pump
- Power Steering Hoses
- Steering Knuckles
- Pitman Arm
- Idler Arm
- Drag Link
- Steering Dampeners
- Upper and Lower Steering Column Shaft and Coupling
- Internal Tilt Wheel Mechanism
- Stepper Motors
- Control Valves
- Rear Wheel Steering
- Rear Steering Shaft and Couplings
- Power Cylinder and Pump
- Electronic Control Unit/Solenoid
- Phase Control Unit
- Control Valves
- Rack
- Tie Rod Ends

**PREMIUM ELECTRICAL**
- Automatic Climate Control Programmer
- Rear Defogger Switch
- Power Door Lock Actuator and Switch
- Electrical Instrument Cluster
- Mileage Computer
- Distributor
- Ignition Coil
- Powertrain Control Module
- Cruise Control Module
- Cruise Control Engagement Switch
- Headlamp Motor
- Power Window Motors
- Power Window Regulators
- Power Seat Motor
- Power Mirror Motor
- Power Antenna Motor/Mast Assembly
- Convertible Top Motor
- Sun Roof Motor
- Power Seat Switch
- Power Mirror Switch
- Cooling Fan Motor
- Fuel Gauge
- Oxygen Sensor
- Mass Air Flow Sensor
- Throttle Position Sensor
- EVP Sensor
- Knock Sensor
- Cooling Sensor
- Crank/Cam Sensor
- Ambient Temp Sensor

**PREMIUM FUEL DELIVERY**
- Fuel Pump
- Fuel Injection Pump and Injectors
- Vacuum Pump
- Fuel Tank
- Fuel Tank Sending Unit
- Metal Fuel Delivery Lines
- Pressure Regulator and Idle Air Control Motor

**PREMIUM COOLING**
- Cooling Fan and Motor
- Fan Clutch
- Belt Tensioner
- Radiator
- Heater Core
- Thermostat
- Blower Motor
- Hot Water Valve
- Overflow Reservoir
- Radiator Cap
- Thermostat Housing
- Low Engine Coolant Module

**PREMIUM SEALS & GASKETS**
- All Seals and Gaskets are covered on all components listed under Primary, Preferred and Premium

### ULTIMATE

*Covers all vehicle parts except:*

- Anti-theft system
- Any equipment when not installed by the Vehicle Manufacturer
- Battery
- Brake Lining and Brake Pads
- Catalytic Converter
- Coolant Hoses and Drive Belts
- Drums and Rotors Except When Damaged By a Covered Part
- Exhaust System
- Glass and any treatments or chemicals related to any glass
- Lenses
- Light Bulbs
- Television
- Tires/Wheels/Wheel Covers
- Trim
- Upholstery/Convertible & Vinyl Tops
- Manual Transmission Clutch components
- Moldings/Weather-Strips
- Paint
- Passive or active safety and restraint systems, and any sensors and/or components related to those systems
- Radio/speaker equipment
- Recreational Vehicle equipment
- Remote Controls, Key Fobs or Keyless components
- Sealed Beams
- Sheet Metal/Bumpers
- Shocks and Struts
- Spark Plugs and Wires
- Suspension Air Bags
- Telephone, Satellite Service or Systems
- Video Entertainment and/or Gaming Systems
- Wiper Blades
- The components described in the Vehicle's Manufactures Maintenance Schedule when such components are repaired or replaced as part of routine or manufactures recommended maintenance



**ROYAL**
MEMBERSHIP SERVICES

### COVERAGE DOWN THE ROAD

Royal Shield is a fully insured product backed by more than 25 years of dependability. Whether you need repairs to your car as a result of a mechanical breakdown, roadside assistance or have general questions regarding your coverage, we're there with the expertise to resolve any issues quickly. All Royal claims associates are experts in the field and have decades of experience in automotive claims and repair. With our state-of-the-art call center and our national coverage, immediate response to your needs are met.

## Benefits of Royal:

- Fully Insured
- Over 50 Years of Dependability
- Provides Nationwide Coverage
- 24/7 Roadside Assistance
- Substitute Transportation



© 2019 Royal Administration Services, Inc. All Rights Reserved.

3

# MARKETING MATERIALS



Tri Fold Brochure*



Promotional Poster*



Hang Tag



Vertical Banner Slide



Desk Matt*



Windshield Corner Cling*



Window Cling 6x6



Plate Insert

© 2019 Royal Administration Services, Inc. All Rights Reserved.

4

# RATE CARD

### 1 MONTH/1k MILES

| Time Of Sale Miles | CLASS 1 $250 Ded | CLASS 1 $100 Ded | CLASS 2 $250 Ded | CLASS 2 $100 Ded |
|---|---|---|---|---|
| 0 - 50,000 | $85 | $95 | $125 | $135 |
| 50,001 - 100,000 | $110 | $120 | $160 | $175 |
| 100,001 - 125,000 | $125 | $135 | $190 | $205 |
| 125,001 - 150,000 | $155 | $165 | $240 | $255 |
| 150,001 - 175,000 | $200 | $205 | $280 | $305 |

### 3 MONTH/3k MILES

| Time Of Sale Miles | CLASS 1 $250 Ded | CLASS 1 $100 Ded | CLASS 2 $250 Ded | CLASS 2 $100 Ded |
|---|---|---|---|---|
| 0 - 50,000 | $95 | $105 | $165 | $175 |
| 50,001 - 100,000 | $115 | $125 | $195 | $205 |
| 100,001 - 125,000 | $130 | $140 | $210 | $220 |
| 125,001 - 150,000 | $165 | $170 | $260 | $275 |
| 150,001 - 175,000 | $215 | $230 | $320 | $335 |

### 6 MONTH/6k MILES

| Time Of Sale Miles | CLASS 1 $250 Ded | CLASS 1 $100 Ded | CLASS 2 $250 Ded | CLASS 2 $100 Ded |
|---|---|---|---|---|
| 0 - 50,000 | $135 | $145 | $215 | $225 |
| 50,001 - 100,000 | $200 | $210 | $305 | $325 |
| 100,001 - 125,000 | $235 | $245 | $370 | $380 |
| 125,001 - 150,000 | $295 | $305 | $475 | $485 |
| 150,001 - 175,000 | $350 | $375 | $550 | $575 |

### 12 MONTH/12k MILES

| Time Of Sale Miles | CLASS 1 $250 Ded | CLASS 1 $100 Ded | CLASS 2 $250 Ded | CLASS 2 $100 Ded |
|---|---|---|---|---|
| 0 - 50,000 | $170 | $185 | $240 | $275 |
| 50,001 - 100,000 | $235 | $265 | $365 | $435 |
| 100,001 - 125,000 | $275 | $315 | $445 | $530 |
| 125,001 - 150,000 | $360 | $425 | $620 | $750 |
| 150,001 - 175,000 | $595 | $645 | $895 | $945 |

- No Year Restriction
- 0 – 175k Miles
- Lift Kits
- 4WD/AWD
- Turbo/Supercharger
- Seals & Gaskets
- Surcharges:
  - $100 | Hybrid
  - $150 | 1 Ton Trucks
  - $350 | V10 Equipped Vans & Trucks
  - $500 | Highline

\* Vehicles Listed Under Classification Guide

© 2019 Royal Administration Services, Inc. All Rights Reserved.

5

# INSPECTION FORM

## THE ROYAL TREATMENT CERTIFIED OFFERING

STOCK#: _____  VIN: _____  ODOMETER: _____  YEAR: _____  MAKE: _____  MODEL: _____  COLOR: _____
DEALER NAME: _____  DATE: _____
INSPECTED BY: _____  SIGNATURE: _____

This certifies that the above vehicle has been inspected, and any necessary repairs that have been made to qualify this vehicle for The Royal Treatment Certified Offering, are the SOLE responsibility of the Selling Dealer for the term of the program

### QUALIFICATION STANDARDS
Pass  Repaired
1. Vehicle history report pulled & provided by: _____

2. ☐ ☐ Odometer is actual miles
3. ☐ ☐ Not a buyback vehicle from factory
4. ☐ ☐ No branded or salvaged title
5. ☐ ☐ No known frame damage per vehicle history report
6. ☐ ☐ No visible damage that would substantially impact the safety of the vehicle
7. ☐ ☐ No visible performance modifications
8. ☐ ☐ No visible suspension modifications
9. ☐ ☐ No visible exhaust modifications
10. List stored codes: _____

### MAINTENANCE REQUIREMENTS
Pass  Repaired
11. ☐ ☐ Current manufacturer required maintenance performed
12. ☐ ☐ Vehicle has no open safety-related recalls
13. ☐ ☐ Emission system is functioning & meets state required standards

### MECHANICAL STANDARDS: PRE-ROAD TEST
All items are operational & properly functioning
Pass  Repaired
**Underhood Checks:**
14. ☐ ☐ Hood release is in working condition
15. ☐ ☐ Brake fluid is clean & full
16. ☐ ☐ Brake system is free of leaks
17. ☐ ☐ Power steering fluid is full
18. ☐ ☐ Power steering fluid is free of contamination and discoloration
19. ☐ ☐ Wiper/Washer fluid is full
20. ☐ ☐ Charging system working correctly
21. ☐ ☐ Intake & exhaust manifolds are free of cracks & leaks
22. ☐ ☐ Transmission fluid is at prescribed level
23. ☐ ☐ Transmission fluid is clean & free of contamination
24. ☐ ☐ Head gasket is free of leaks
25. ☐ ☐ Radiator coolant is at the prescribed level
26. ☐ ☐ Radiator is free of leaks
27. ☐ ☐ Radiator coolant tested to (in degrees +/-)
28. ☐ ☐ Belts are free of cracks, buldges & frays
29. ☐ ☐ Hoses are free of cracks & leaks
30. ☐ ☐ Vacuum lines are free of cracks & leaks

**Operational & Functional Checks:**
31. ☐ ☐ Operational key
32. ☐ ☐ Key fob with remote keyless entry working
33. ☐ ☐ All doors open & close properly
34. ☐ ☐ Door locks (all switches)
35. ☐ ☐ Trunk/Liftgate release & latches
36. ☐ ☐ Seat adjusters
37. ☐ ☐ Steering column adjuster
38. ☐ ☐ Ignition switch
39. ☐ ☐ Malfunction indicators & warning lamps
40. ☐ ☐ Air bag system
41. ☐ ☐ Trip computer
42. ☐ ☐ Overhead console
43. ☐ ☐ Heated seats
44. ☐ ☐ Cool seats
45. ☐ ☐ Heating system
46. ☐ ☐ Air conditioning
47. ☐ ☐ Turn Signals
48. ☐ ☐ Hazard lamps
49. ☐ ☐ Horn

### MECHANICAL STANDARDS: PRE-ROAD TEST
Pass  Repaired
50. ☐ ☐ Brake lamps
51. ☐ ☐ Head lamps
52. ☐ ☐ High beam
53. ☐ ☐ Low beam
54. ☐ ☐ Interior lamps
55. ☐ ☐ All power windows
56. ☐ ☐ Parking brake
57. ☐ ☐ Fog lamps
58. ☐ ☐ Windshield wiper system
59. ☐ ☐ Wiper blades in good condition
60. ☐ ☐ Rear wiper in good condition
61. ☐ ☐ Rearview mirror
62. ☐ ☐ Sideview mirrors
63. ☐ ☐ Rear defroster
64. ☐ ☐ Seat belts
65. ☐ ☐ Tilt steering wheel
66. ☐ ☐ Sunroof
67. ☐ ☐ Convertible top
68. ☐ ☐ All manual switches
69. ☐ ☐ All factory installed options working properly

**Under Vehicle:**
70. ☐ ☐ Transmission is free of cracks & leaks
71. ☐ ☐ Transmission seal is free of cracks & leaks
72. ☐ ☐ Transfer case (when applicable) is free of cracks & leaks
73. ☐ ☐ Rear axle case is free of cracks & leaks
74. ☐ ☐ Front axle (when applicable) is free of cracks & leaks
75. ☐ ☐ All structural components are free of impact damage
76. ☐ ☐ Exhaust system free from damage & leaks
77. ☐ ☐ Catalytic converter in place

### TIRE STANDARDS
Pass  Repaired
78. ☐ ☐ FRONT: Both matching brand & size
79. ☐ ☐ REAR: Both matching brand & size
80. ☐ ☐ Tread depth must be of 5/32" or greater
81. ☐ ☐ Wheels & tires must be within factory recommended sizes
82. ☐ ☐ Tires are free of bubbles & major cracks
83. ☐ ☐ Wheels are free of major cracks & damage
84. ☐ ☐ Tires are properly inflated

### BRAKE STANDARDS
Pass  Repaired
85. ☐ ☐ Parking brake & cables are free of seizing & are operational
86. ☐ ☐ Brake rotors & drums are free of rust, scoring, pitting or deep gouges

### SUSPENSION STANDARDS
Pass  Repaired
87. ☐ ☐ Shock absorbers/struts
88. ☐ ☐ Coil springs/leaf springs
89. ☐ ☐ Sway bars
90. ☐ ☐ Control arms
91. ☐ ☐ Ball joints

### ROAD TEST
Pass  Repaired
92. ☐ ☐ No abnormal wind noise
93. ☐ ☐ Engine is operating properly & no obvious signs of problems
94. ☐ ☐ Engine oil pressure are within normal range levels
95. ☐ ☐ Temperatures within normal range levels
96. ☐ ☐ Clutch is operating properly (manual transmission)
97. ☐ ☐ Transmission is shifting properly & quietly
98. ☐ ☐ Vehicle is free of vibrations &/or unusual noises of any kind
99. ☐ ☐ Air conditioning & heating working properly on all settings
100. ☐ ☐ Gear selector operating
101. ☐ ☐ Steering wheel aligned
102. ☐ ☐ Anti-lock brake system working properly
103. ☐ ☐ Overall stopping performance is good
104. ☐ ☐ Vehicle alignment within specifications

**Equipment operation:**
105. ☐ ☐ Cruise control
106. ☐ ☐ Overdrive
107. ☐ ☐ Instrument panel/guages
108. ☐ ☐ Sound and/or entertainment system

### EXTERIOR CONDITION
Pass  Repaired
109. ☐ ☐ No evidence of flood, fire or major hail damage
110. ☐ ☐ Grill trim, & roof rack are in place & secure
111. ☐ ☐ Bumpers are in place & secure
112. Body panel damage? If so, please list
_____
_____
_____
113. ☐ ☐ Glass is free of cracks & major chips
114. ☐ ☐ Headlights are free of damage & moisture
115. ☐ ☐ Headlights are all working
116. ☐ ☐ Brake lights are free of damage & moisture
117. ☐ ☐ Brake lights are all working
118. ☐ ☐ All turn signal lights are working
119. Any other obvious signs of damage? If so, please list
_____
_____
_____

### INTERIOR CONDITION
Pass  Repaired
120. ☐ ☐ Headliner intact
121. ☐ ☐ No major rips or tears in seating
122. ☐ ☐ All handles & knobs are intact & present
123. ☐ ☐ All required seatbelts are intact
124. ☐ ☐ All seatbelts functioning
125. List any missing equipment please:
_____
_____
_____

### CUSTOMER SIGNATURE

BY SIGNING THIS FORM I CERTIFY THAT I HAVE RECEIVED:

• A COPY OF **MY VEHICLE HISTORY REPORT**.

• A COPY OF **MY 125 POINT INSPECTION CHECKLIST** AND UNDERSTAND WHAT MY LIMITED WARRANTY IMPLIES.

Signature: _____

Date: _____

**ASK HOW YOU CAN UPGRADE AND EXTEND YOUR CERTIFIED WARRANTY.**

© 2018 Royal Administration Services, Inc. All rights reserved.





Powered by Royal

## Discover VSC Revenue Opportunities in Your DMS, and Drive Service Department Traffic.

The Royal Missed Opportunity program utilizes your DMS data to target customers in your dealership that are prime candidates for Vehicle Service Contracts (VSC). We market coverage plans that meet those customers' needs and budget, then we share the profits with you on every contract. Royal will also give deductible discounts when your customers come back in for repair work.

## Royal's Missed Opportunity Program includes:

- Calling your customers that have expiring contracts, or who initially passed on the Vehicle Service Contract when buying a vehicle
- Incentivizing your customers to return to your dealership for service with a $100 discounted deductible
- Supplying you with a monthly report of transactions
- Paying you monthly for each Royal Protect contract sold

## Dealer Benefits:

- Earn $300 for every customer signed contract, great supplemental income!
- No cost or signed obligation
- No selling or paperwork
- Your own URL link to submit your customers info electronically
- Supported by BBB A+ rated companies!
- Increase customer satisfaction and retention
- Increase revenue and profits
- No minimum or maximum amount of leads needed to be submitted
- Immediate credit card payment for repairs
- Paid MSRP on parts, national labor guide times, and your posted shop labor rate!
- Become a true consultant for your customer

© 2019 Royal Administration Services, Inc. All Rights Reserved.

# Missed Opportunity Registration Form



© 2019 Royal Administration Services, Inc. All Rights Reserved.



## How The Program Works:



SERVICE CENTER DATA → EMAIL → MICROSITE → CALL CENTER (Phone & Email Follow Up) → VSC



# Missed Opportunity just got even easier!

## Customer data will come directly from your DMS to our system



Royal will pay the fee for the initial historical data download per roof top and the monthly fee per roof top for dealerships selling over 50 units per month.

Dealers selling less than 50 units a month can either continue sending the data to Royal via an excel, CSV file or pay Dealer Vault up to $50 per roof top to download the files to us automatically.

© 2019 Royal Administration Services, Inc. All Rights Reserved.

## Vehicle Service Contract Payment Providers





© 2019 Royal Administration Services, Inc. All Rights Reserved.

11

# GAP Products





© 2019 Royal Administration Services, Inc. All Rights Reserved.

## F & I Products

**Our partnership with these companies:**




**Allows us to integrate with the following DMS providers:**






© 2019 Royal Administration Services, Inc. All Rights Reserved.

13

## Clients & Partners








© 2019 Royal Administration Services, Inc. All Rights Reserved.

14

# Questions? We are hear to help.



**Dominic Sansone**

Executive Vice President

817.205.6105

dsansone@royaladmin.com



**Natalie Suarez**

Vice President Sales

440.263.7838

nsuarez@royaladmin.com

© 2019 Royal Administration Services, Inc. All Rights Reserved.



THANK YOU

© 2019 Royal Administration Services, Inc. All Rights Reserved.