# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **LINDSEY TOMPKINS,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| VS. | * |
| | * Civil Action No. 1:21-CV-00288 |
| **ROYAL ADMINISTRATION SERVICES, INC.,** | * |
| | * |
| **Defendant(s).** | * |
| | * |

## MOTION TO COMPEL DISCOVERY

COMES NOW Plaintiff, Lindsey Tompkins, by and through the undersigned attorney and shows unto this Honorable Court the following facts:

1. On January 10, 2022, the plaintiff served a request for documents pursuant to FRCP Rule 34(a) and (b). A copy of that production request is filed herewith as Exhibit One.

2. On July 7, 2022, Defendant responded to Plaintiff's First Requests for Production but did not produce a single responsive document. See Exhibit Two, a copy of the entire response. Plaintiff's counsel and Defense counsel met in person on June 29, 2022, but were unable to come to any agreement about the document production.

WHEREFORE, the undersigned requests the following relief:

1. That this Honorable Court issue an Order compelling Defendant, Royal Administration Services, Inc. to promptly and fully respond to Plaintiff's document requests.

DATED this 10th day of August 2022.

/s/ Earl P. Underwood, Jr.
**Earl P. Underwood, Jr.**
*Attorney for Plaintiff, Lindsey Tompkins*

**OF COUNSEL:**
**21 South Section Street**
**Fairhope, Alabama 36532**
**Telephone: 251-990-5558**
**Facsimile: 251-990-0626**
epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served a copy of the foregoing Motion To Compel Discovery filing with the Court's filing system and by mailing a copy of the same by United States Postal Service, properly addressed, with First-Class postage prepaid on this the 10th day of August 2022 on the following:

**Curtis R. Hussey**
**82 Plantation Pointe # 288**
**Fairhope AL 36532**
*Attorney for Defendant*
*Royal Administration Services, Inc.*

/s/ Earl P. Underwood, Jr.
**Earl P. Underwood, Jr.**
*Attorney for Plaintiff Lindsey Tompkins*