UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LINDSEY J. TOMPKINS,** ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:21-CV-00288 |
| ) | |
| v. ) | |
| ) | |
| **ROYAL ADMINISTRATION** ) | |
| **SERVICES, INC.** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
RE: RESPONSIVE PLEADINGS REGARDING
AMENDED AND CORRECTED
MOTION TO COMPEL DISCOVERY**

Defendant, Royal Administration Services, Inc., ("Royal") files this Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended and Corrected Motion to Compel Discovery, as to the deadline currently in force under the Court's Text-Only Order entered at Doc. 57 (the "Order").

The Order requires Defendant to respond to the underlying Amended and Corrected Motion to Compel Discovery by September 9, 2022. Defendant requests a seven (7) day extension of time, or until close of day on September 16, 2022, to file a response. Given that prior settlement discussions have not been successful, Defendant has recently determined to bring counsel on board in joint representation of its interests (i.e., Lawren Zann), who has significant experience with the statutes at issue in this matter. Local counsel and Defendant are still coordinating to apprise Mr. Zann of the issues,

factual background, and history of dealings between counsel, and to coordinate representation duties with local counsel. Plaintiff's counsel does not oppose this request.

Plaintiffs' counsel is necessarily required thereby to seek additional time for filing of a reply brief. Such is currently due on September 16, 2022, and has therefore requested extension of Plaintiff's filing deadline to September 23, 2022. Defendant does not oppose this request.

Accordingly, Royal requests move for entry of an Order extending the deadlines discussed above, as set forth in Doc. 57 by seven days, as described above.

DATED THIS 9TH day of September, 2022

                                            */s/ Curtis R. Hussey*_____
                                            Curtis R. Hussey, Esq.
                                            (HUSSC7684)
                                            Gulf Coast ADR, LLC
                                            82 Plantation Pointe #288
                                            Fairhope, AL  36532
                                            251.928.1423
                                            gulfcoastadr@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing document to be served on counsel for Plaintiff by uploading a copy to the Courts CM/ECF system, which in turn will serve a copy on the following counsel of record:

| | |
|---|---|
| Earl P. Underwood, Jr. | Steven P. Gregory |
| Counsel for Plaintiff | Counsel for Plaintiff |
| 21 South Section Street | 505 20th Street North, Ste 1215 |
| Fairhope, AL  36532 | Birmingham, AL 35203 |
| 251-990-5558 | 205-208-0312 |
| epunderwood@alalaw.com | steve@gregorylawfirm.com |

DATED this 9th day of September 2022

/s/ *Curtis R. Hussey*_____

DATED this 9th day of September 2022.

                               /s/ Curtis R. Hussey_____
                               Curtis R. Hussey, Esq. (HUSSC7684)
                               Gulf Coast ADR, LLC
                               82 Plantation Pointe #288
                               Fairhope, AL  36532
                               251.928.1423
                               gulfcoastadr@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing document to be served on counsel for Plaintiff by uploading a copy to the Courts CM/ECF system, which in turn will serve a copy on the following counsel of record:

Earl P. Underwood, Jr.  
Counsel for Plaintiff  
21 South Section Street  
Fairhope, AL  36532  
251-990-5558  
epunderwood@alalaw.com

Steven P. Gregory  
Counsel for Plaintiff  
505 20th Street North, Ste 1215  
Birmingham, AL 35203  
205-208-0312  
steve@gregorylawfirm.com

DATED this 30th day of August 2022

                               /s/ *Curtis R. Hussey*

4