## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **LINDSEY TOMPKINS,** | * |
| **Plaintiff,** | * |
| | * |
| VS. | * |
| | * |
| | * **Civil Action No. 1:21-CV-00288** |
| **ROYAL ADMINISTRATION SERVICES, INC.,** | * |
| **Defendant(s).** | * |
| | * |
| | * |

**Defendant(s).**

### PLAINTIFF'S REPLY TO DEFENDANT'S
### RESPONSE TO MOTION TO COMPEL DISCOVERY

COMES NOW Plaintiff, Lindsey Tompkins, by and through the undersigned attorney and shows unto this Honorable Court the following:

1. As stated in Plaintiff's Motion to Compel Discovery, on January 10, 2022, the plaintiff served a request for documents pursuant to FRCP Rule 34(a) and (b).

2. On July 7, 2022, Defendant responded to Plaintiff's First Requests for Production but did not produce a single responsive document. See Exhibit Two, a copy of the entire response. Plaintiff's counsel and Defense counsel met in person on June 29, 2022, but were unable to come to any agreement about the document production. However, after additional counsel appeared in the case several documents have been produced. Plaintiff's Counsel will continue to work with new counsel on discovery matters and will renew this motion only if necessary.

WHEREFORE, the undersigned requests the following relief:

1. That this Court issue an Order finding this motion moot.

1

DATED this 23rd day of September 2022.

/s/ *Earl P. Underwood, Jr.*
**Earl P. Underwood, Jr.**
*Attorney for Plaintiff, Lindsey Tompkins*

**OF COUNSEL:**
**21 South Section Street Fairhope, Alabama 36532**
**Telephone: 251-990-5558**
**Facsimile: 251-990-0626 epunderwood@alalaw.com**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served a copy of the foregoing with the Court's filing system and/or by mailing a copy of the same by United States Postal Service, properly addressed, with First-Class postage prepaid on this the 23rd day of September 2022 to all counsel of record.

/s/ *Earl P. Underwood, Jr.*
**Earl P. Underwood, Jr.**