IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LINDSEY TOMPKINS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 21-00288-KD-N |
| | ) |
| **ROYAL ADMINISTRATION SERVICES, INC.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on the Joint Stipulation of Dismissal filed by Plaintiff Lindsey Tompkins and Defendant Royal Administration Services, Inc. (doc. 75). The parties stipulate to dismissal pursuant to Fed. R. Civ. P. 41(a). However, they also "request thirty (30) days to consummate the settlement" which indicates that the parties do not seek an immediate dismissal without court order as provided in Fed. R. Civ. P. 41(a)(1). Thus, the Court construes the stipulation as a motion pursuant to Fed. R. Civ. P. 41(a)(2), which provides for dismissal of an action "at the plaintiff's request only by court order, on terms that the court considers proper."

Accordingly, pursuant to Rule 41(a)(2) this action is **DISMISSED with prejudice subject to the right of either party to reinstate the action within thirty (30) days of the date of this order should the settlement not be completed.**

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

DONE and ORDERED this the 10th day of November 2022.

                                                s/ Kristi K. DuBose
                                                KRISTI K. DuBOSE
                                                UNITED STATES DISTRICT JUDGE