**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **LINDSEY TOMPKINS,** | |
| **PLAINTIFF,** | |
| **VS.** | **Case No.: 1:21-CV-00288** |
| **ROYAL ADMINISTRATION SERVICES, INC.,** | |
| **DEFENDANT.** | |

---

### RESPONSE TO ORDER

---

COME NOW  Plaintiff, Lindsey Tompkins ("Plaintiff") and respond to Order dated November 9, 2022 (Doc 74) and states the following:

Response by Plaintiff's Counsel: The Order dated October 24, 2022, was inadvertently not calendared by the undersigned.

Respectfully submitted this 16th  day of November 2022.

*/s/ Earl P. Underwood, Jr.*
**Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36532
Telephone: (251) 990-5558
Facsimile: (251) 990-0626
E-mail: epunderwood@alalaw.com**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 16, 2022 the foregoing was served by filing same with the CM/ECF filing system, which will send notification to all counsel of record.


<u>*/s/ Earl P. Underwood, Jr.*</u>
**Earl P. Underwood, Jr.**